In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of Chrystie, Forsyth, Hester, Broome, Rivington and Stanton Streets, in the Borough of Manhattan, City of New York.

DAVID DAVIS et al., Respondents.

(Argued October 5, 1932; decided October 25, 1932.)

*Arthur J. W. Hilly*, Corporation Counsel (*Joseph F. Mulqueen, Jr., Joel J. Squier, J. Joseph Lilly* and *Reuben Levy* of counsel), for appellant.

*Clarence J. Shearn, Charles J. Nehrbas* and *Martin Lippman* for Charles E. Hughes, Jr., as ancillary receiver of American Bond and Mortgage Company, respondent.

*Henry Herz* and *Isaac E. Bermant* for Hyman Steinberg et al., respondents.

*Louis Salant, Joseph J. Cunningham* and *Eli S. Wolbarst* for Fannie A. Kallis et al., respondents.

*Reginald S. Hardy* for Kate Rubino, as executrix of Joseph C. Rubino, deceased, respondent.

*Leffert Holz, Benjamin F. Schreiber* and *Herman Schrier* for Milton Brinn et al., respondents.

*Charles Lamb* and *Edmund J. Delany* for David Davis et al., respondents.

*Sidney A. Clarkson, Albert A. Hovell* and *Harry W. McChesney* for Harry W. Perlman, respondent.

*Nathan L. Goldstein, George Schenker* and *Irving S. Dorf* for Isabel Blumborg et al., respondents.

*S. G. Nissenson* for Nathan Himowich, respondent.

*Francis P. O'Connor* and *Edward W. Murphy* for James N. Webb et al., respondents.

*Charles B. Fernald* and *F. W. H. Adams* for the Chase National Bank of the City of New York et al., respondents.

*Dominic L. O'Reilly, James Regan FitzGerald* and *A. M. Frumberg* for Max Horowitz et al., and Marknew Realty Co., Inc., respondents.

*Leslie J. Tompkins, Dominic L. O'Reilly* and *James Regan FitzGerald* for Bernard L. Meyer et al., respondents.

*Ira B. Livingston* for Oscar Lloyd Realty Corporation, respondent.

*Samuel Rubin* and *William W. Conrad* for Stancar Realty Corporation et al., respondents.

*Ignatius Castelli* for Charles Lampedusa, respondent.

*Louis A. Rosenstein* and *Maurice Janklow* for Fanny E. Krooks, respondent.

*Harry Lesser* for Samuel M. Krauthamer, respondent.

*Barnett E. Kopelman* and *Alexander Liebman* for I. Ptaschnik & Son, Inc., respondent.

Order affirmed, with costs; no opinion.    (See 260 N. Y. 658.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.